

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
|---|---|---|
| THE STATE OF TEXAS, | | No. 08-13-00273-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 7 |
| | § | |
| VANDA VIGIL, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 20120C10835) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order granting the motion for new trial and reinstate the trial court's judgment of conviction, in accordance with our opinion. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF MAY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.